**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

EARVISION, INC. and
BELTONE HOLDINGS II,
INC. d/b/a BELTONE
NEW ENGLAND,
      Plaintiffs,

v.                                                CA 11-615 S

BRUCE N. WYMAN,
      Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 3rd, 2012 (ECF #8), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Defendant Wyman's Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, for Transfer of Venue (ECF #3) is hereby DENIED.

ENTER:

_/s/ William E. Smith_
William E. Smith
United States District Judge
Date: 6/1/12